No. 163, Misc. HOOVER, ADMINISTRATOR, *v.* PENN-SYLVANIA ET AL. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. Petitioner *pro se. Acting Solicitor General Stern, Assistant Attorney General Townsend, James D. Hill* and *George B. Searls* for Brownell, Attorney General, and *Howard H. Yocum* for Mock et al.; and *Frank F. Truscott,* Attorney General, and *Harry F. Stambaugh* for the State of Pennsylvania, respondents.

No. 165, Misc. CANNON *v.* SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 167, Misc. FERRE *v.* RANDOLPH, WARDEN. Circuit Court of Piatt County, Illinois. Certiorari denied.

No. 168, Misc. ROSS *v.* CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 170, Misc. ALLEN *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 174, Misc. HORTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Stern, Assistant Attorney General Burger, Paul A. Sweeney* and *Russell Chapin* for the United States.

No. 175, Misc. RHODES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Stern* for the United States.

No. 176, Misc. SMITH *v.* RAGEN ET AL. Circuit Court of Will County, Illinois. Certiorari denied.